# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| POPULAR LEASING USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:04-CV-1625 CAS |
| | ) | |
| TERRA EXCAVATING, INC., | ) | |
| M.D. ADNAN RAHMAN, and CENTRAL | ) | |
| FLORIDA EXCAVATING AND FILL | ) | |
| DIRT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF PARTIAL DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's claims against defendant Central Florida Excavating and Fill Dirt, Inc. are **DISMISSED** for lack of personal jurisdiction.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  28th  day of June, 2005.